## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RAY CHRIS MOBLEY,**

      **Plaintiff,**

**v.**                      **CASE NO. 5:11-cv-169-RS-EMT**

**DOCTOR LIPSON,**

      **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    The case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to close the file.

**ORDERED** on February 23, 2012.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**